[This opinion has been published in *Ohio Official Reports* at 88 Ohio St.3d 225.]

THE STATE EX REL. SPEAKMAN, APPELLANT, *v.* RANCO, INC. ET AL.,
APPELLEES.

[Cite as *State ex rel. Speakman v. Ranco, Inc.*, 2000-Ohio-304.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 98-1635—Submitted February 8, 2000—Decided March 22, 2000.)

APPEAL from the Court of Appeals for Franklin County, No. 97APD06-827.

————————————

*Stanley R. Jurus Law Offices* and *Michael J. Muldoon*, for appellant.

*Vorys, Sater, Seymour & Pease, L.L.P., Thomas M. Taggart* and *Theodore P. Mattis,* for appellee Ranco, Inc.

*Betty D. Montgomery*, Attorney General, and *William J., McDonald*, Assistant Attorney General, for appellee Industrial Commission.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

RESNICK, J., separately dissents.

————————————

**ALICE ROBIE RESNICK, J., dissenting.**

{¶ 2} I would reverse the judgment of the court of appeals.

————————————